United States District Court
Southern District of Texas
**ENTERED**
December 08, 2022
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF TEXAS

# HOUSTON DIVISION

UNITED STATES OF AMERICA

VS.                                              CRIMINAL NO. H-

ELLIOTT CORNETT

## INDICTMENT

4:22-cr-617

The United States Grand Jury charges:

## COUNT I

### (Felon in Possession of a Firearm)

On or about November 10, 2021, within the jurisdiction of the Houston Division of the Southern District of Texas, defendant,

**ELLIOTT CORNETT,**

knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, to wit, a Glock Model 17 pistol, in and affecting interstate commerce, in violation of Title 18, United States Code § 922(g)(1) and 924(a)(2).

1

## COUNT II

### (Felon in Possession of a Firearm)

On or about November 10, 2021, within the jurisdiction of the Houston Division of the Southern District of Texas, defendant,

**ELLIOTT CORNETT,**

knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, to wit, a Ruger .22 caliber rifle, in and affecting interstate commerce, in violation of Title 18, United States Code § 922(g)(1) and 924(a)(2).

## Notice of Criminal Forfeiture

Pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), the United States gives notice to the defendant, that, upon conviction of the offenses alleged the United States will seek to forfeit all firearms and ammunition involved in or used in the commission of the offenses, including, but not limited to all pistols and ammunition seized on the date alleged in the indictment.

TRUE BILL

FOREPERSON [ORIGINAL SIGNATURE ON FILE]

JENNIFER LOWERY
United States Attorney

By: _Jim McAlister_
Jim McAlister
Assistant United States Attorney