Case 4:22-cr-00617   Document 64   Filed on 08/02/24 in TXSD   Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
August 02, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| Plaintiff, | § | |
| v. | § | CRIMINAL ACTION NO. H-22-617 |
| ELLIOT CORNETT, | § | |
| Defendant. | § | |

**MEMORANDUM AND OPINION**

The defendant, Elliott Cornett, is charged with being a felon in possession of a firearm, in violation of 18 U.S.C. § 922(g)(1). The indictment followed his arrest after a complainant reported that Cornett had assaulted her, including hitting her in the head with a handgun. Cornett was found with a .22 caliber rifle and a Glock handgun. Cornett has a lengthy criminal history, including for sexual assault, drug possession, and being a felon in possession.

Cornett has moved to dismiss on the basis of *New York State Rifle & Pistol Association., Inc. v. Bruen*, 142 S.Ct. 2111 (2022), and the government has responded. (Docket Entry Nos. 62, 63). The court agrees with the government's arguments that the Constitution does not protect the possession of firearms by convicted felons under § 922(g)(1). The Supreme Court's Second Amendment jurisprudence has not "cast doubt on longstanding prohibitions on the possession of firearms by felons," *D.C. v. Heller*, 554 U.S. 570, 626, 128 S. Ct. 2783, 2817, 171 L. Ed. 2d 637 (2008), and the Court recently held that "[o]ur tradition of firearm regulation allows the Government to disarm individuals who present a credible threat to the physical safety of others," *United States v. Rahimi*, 144 S. Ct. 1889, 1902 (2024). The government's brief includes a list of

over 100 district court opinions that have found § 922(g)(1) constitutional in the face of Second Amendment challenges.  (Docket Entry No. 63 at 10–12).  While none is binding, many are persuasive.

The court denies the motion to dismiss.  (Docket Entry No. 62).

SIGNED on August 2, 2024, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge